UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK ANDERSON, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFE STREETS USA LLC and Does 1 through 100, inclusive,<br><br>Defendants. | No.: 2:18-cv-00323-KJM-GGH<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND JOINT STATUS REPORT DEADLINE**<br><br>Judge:　　　Hon. Kimberly J. Mueller<br><br>Compl. Filed:　　February 12, 2018 |

Good cause appearing therefore, the Status (Pretrial Scheduling) Conference currently scheduled for June 21, 2018 at 2:30 p.m. is hereby continued to August 2, 2018 at 2:30 p.m. The Parties are to file a Joint Status Report that includes the Rule 26(f) discovery plan at least seven (7) days prior to the Status Conference.

**IT IS SO ORDERED.**

DATED: June 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

– 1 –

ORDER GRANTING JOINT STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND JOINT STATUS REPORT DEADLINE