UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Anderson, | No. 2:18-cv-00323-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Safe Streets USA LLC and Does 1 through 100, inclusive, | |
| Defendants. | |

    Plaintiff Mark Anderson moves to set a trial date for November 2021. Mot., ECF No. 37. Defendant Safe Streets agrees that a trail date should be set and requests a date in January 2022 to avoid scheduling conflicts. ECF No. 38. While plaintiff prefers a trial date be set in 2021, he does not oppose a trial date set after January 2022. Reply, ECF No. 39 (noting dates when plaintiff's counsel is unavailable). The court submitted the matter without oral arguments. *See* Minute Order, ECF No. 40. After consideration of the parties' briefing, the court **grants** plaintiff's motion. **A final pretrial conference is set for Friday, January 21, 2022 at 10 a.m.** before the undersigned.

    The parties shall meet and confer and file a joint Pretrial Statement no less than three weeks prior addressing the provisions of Local Rule 281 with respect to the matters to be included in the joint pretrial statement. At least one of the attorneys who will conduct the trial for

1

each of the parties shall attend the final pretrial conference. All motions *in limine* must be filed in conjunction with the joint pretrial statement. In most cases, motions *in limine* are addressed and resolved on the morning of the first day of trial. As noted above, the parties may alert the court at the final pretrial conference and in their final pretrial statement that a particular motion or motions should be resolved earlier. At the final pretrial conference, the court will then set a briefing and hearing schedule on these motions *in limine* as necessary. The parties are reminded that a motion *in limine* is a pretrial procedural device designed to address the admissibility of evidence. The court looks with disfavor upon dispositional motions presented at the Final Pretrial Conference or at trial in the guise of motions *in limine*.

This order resolves ECF No. 37.

IT IS SO ORDERED.

DATED: September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE