WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

*Attorneys for Plaintiff, Mark Anderson and aggrieved employees*

HOLLAND & KNIGHT LLP
Thomas E. Hill (Bar #100861)
tom.hill@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

*Attorneys for Defendant Safe Streets USA LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANDERSON,<br><br>      Plaintiff,<br><br>vs.<br><br>SAFE STREETS USA LLC., and Does 1 through 50, inclusive,<br><br>      Defendant. | No.  2-18-CV-00323-KJM-JDP<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S APPLICATION FOR ORDER:**<br><br>a) **APPROVING REQUEST FOR ATTORNEYS' FEES AND COSTS;**<br><br>b) **APPROVING REQUEST FOR INCENTIVE PAYMENT TO CLASS REPRESENTATIVE MARK ANDERSON;**<br><br>c) **GRANTING FINAL APPROVAL OF CLASS SETTLEMENT;  AND**<br><br>d) **APPROVING REQUEST FOR CLAIMS ADMINISTRATION FEE**<br><br>Judge:    Hon. Kimberly J. Mueller<br>Ctrm:    03, 15th Floor |

1  Plaintiff Mark Anderson ("Plaintiff") and Defendant Safe Streets USA LLC ("Defendant")
2  (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and
3  agree that the hearing on Plaintiff's Application For Order:  a) Approving Request For Attorneys'
4  Fees And Costs; b) Approving Request For Incentive Payment To Class Representative Mark
5  Anderson; c) Granting Final Approval Of Class Settlement;  and d) Approving Request For
6  Claims Administration Fee ("Final Approval Application") currently set for June 17, 2022 at
7  10:00 a.m., be continued to July 8, 2022, at 10:00 a.m.
8  WHEREAS, Plaintiff's Final Approval Application is currently set for June 17, 2022, at
9  10:00 a.m. in Courtroom No. 03, 15th Floor, of the Robert T. Matsui Federal Courthouse, 501 "I"
10 Street, Sacramento, California;
11 WHEREAS, Counsel for Plaintiff is not available to appear on June 17, 2022;
12 WHEREAS, Counsel for Defendant does not object to moving the hearing date and is
13 available on July 8 2022;
14 NOW, THEREFORE, the Parties stipulate and agree as follows:
15 That the hearing on Plaintiff's Final Approval Application be continued from June 17,
16 2022, to July 8, 2022, at 10:00 a.m. in Courtroom No. 03, 15th Floor, of the Robert T. Matsui
17 Federal Courthouse, 501 "I" Street, Sacramento, California 95814.
18 IT IS SO STIPULATED, THROUGH THE PARTIES' COUNSEL OF RECORD.

20 Date: May 9, 2022                                WORKMAN LAW FIRM, PC

21                                     By:    /s/Robin G. Workman
22                                              Robin G. Workman
                                                *Attorneys for Mark Anderson,
                                                and aggrieved employees*

24 Date: May 9, 2022                                HOLLAND & KNIGHT LLP

25                                     By:    /s/Thomas Hill
                                                Thomas E. Hill
26                                              *Attorneys for Defendant Safe Streets USA LLC.*

**ORDER**

Pursuant to the Stipulation of the Parties, the Court finds as follows:

**IT IS ORDERED** that the Final Approval Hearing is rescheduled from June 17, 2022, to July 8, 2022, at 10:00 a.m. in Courtroom No. 03, 15th Floor, of the Robert T. Matsui Federal Courthouse, 501 "I" Street, Sacramento, California 95814.

DATED: May 9, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE