UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Anderson, | No. 2:18-cv-00323-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Safe Streets USA, LLC, | |
| Defendant. | |

Plaintiff Mark Anderson moves for final approval of the parties' settlement agreement and for attorneys' fees, litigation costs, settlement administration costs and enhancement awards to plaintiff. *See* Mot. Settlement, ECF No. 93; Settlement Mem., ECF No. 93-1; Att'y Fees Mem., ECF No. 93-2. The court notes a new amendment to the provisions of the California Labor Code relevant to the settlement of Private Attorneys General Act ("PAGA") cases took effect July 1, 2024. *See* Cal. Lab. Code § 2699(m). The amendment modifies the PAGA distribution scheme to award 65 percent of the PAGA penalty to the Labor and Workforce Development Agency ("LWDA") and 35 percent to the aggrieved employees—as opposed to the 75 percent and 25 percent breakdown in place before July 1, 2024 and which the parties use in their motion for final approval of the settlement agreement. *See id.* The court is not aware of any provision making the change retroactive, but provides the parties the opportunity to clarify the matter. Specifically, in light of the change to state law, the court **directs** the parties to file a joint status report within

1

seven days of the date of this order detailing their respective positions or joint position regarding whether the new PAGA distribution scheme should apply to the settlement award in this case and whether the settlement must be resubmitted to the LWDA in order to satisfy the agency submission requirement for PAGA settlements.  *See* Cal. Lab. Code § 2699(s)(2) ("The proposed settlement shall be submitted to the agency at the same time that it is submitted to the court.").

IT IS SO ORDERED.

DATED: August 14, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE