WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94108
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

*Attorneys for Plaintiff, Mark Anderson on behalf of himself and all other similarly situated*

HOLLAND & KNIGHT LLP
Thomas E. Hill
thomas.hill@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450

*Attorneys for Defendant Safe Streets USA, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANDERSON, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAFE STREETS USA LLC and Does 1 through 100, inclusive,<br><br>            Defendants. | No.: 2:18-cv-00323-KJM-JDP<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

This action came before the Court on Plaintiff Mark Anderson's unopposed motion for final approval of the parties' settlement agreement and for attorneys' fees, litigation costs, settlement administration costs, and enhancement award to Plaintiff.

The Court incorporates by reference its order granting the motion for final approval of the settlement. See generally Order (Nov. 19, 2024), ECF No. 99.

The Court enters Final Judgment and Order of Dismissal as follows:

1. Final Judgment is hereby entered approving the gross settlement amount of $1,270,000, which includes $419,100 in attorneys' fees, $37,170.79 in litigation costs, $9,000 in settlement administration costs, $10,000 as plaintiff's enhancement award and $794,729.21 remaining for the aggrieved employee and PAGA penalty, which amounts to $198,682.30 and $596,046.91, respectively.

2. The Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Order and Judgment and the settlement until all settlement funds are distributed.

3. This action is dismissed with prejudice in accordance with the terms of the parties' settlement agreement, with the Court specifically retaining jurisdiction over this action for the purpose of enforcing the parties' settlement agreement; and

4. The Clerk of the Court is directed to close this case.

DATED: February 4, 2025.

_____
UNITED STATES DISTRICT JUDGE